**State Farm Fire and Casualty Company**
A Stock Company With Home Offices in Bloomington, Illinois

**DECLARATIONS PAGE**     **EXHIBIT 1**

*1500 State Farm Blvd.*
*Charlottesville, VA 22909-0001*

| | |
|---|---|
| **Policy Number** | 46-B3-C231-0 |
| Replaces Number | 20-CD-7615-3 |

| **Policy Period** | **Effective Date** | **Expiration Date** |
|---|---|---|
| 12 Months | FEB 21 2013 | FEB 21 2014 |

The policy period begins and ends at 12:01 am standard time at the named insured's address.

**Named Insured**

AT2  G-07-9149-F668  P  F
000210  0046
MASSENBURG, TONY A
C/O NIKES LANIE
APT 629
8210 CRESTWOOD HEIGHTS DR
MCLEAN VA  22102-3150



ST18B-0103-G14P1H

## PERSONAL ARTICLES POLICY

INFLATION COVERAGE - U.S. Department of Labor
Consumer Price Index: 231.4

**AUTOMATIC RENEWAL** - If the **POLICY PERIOD** is shown as **12 MONTHS,** this policy will be renewed automatically subject to the premiums, rules and forms in effect for each succeeding policy period. If this policy is terminated we will give you and the Mortgagee/Lienholder written notice in compliance with the policy provisions or as required by law.

| Class of Property | Amount of Insurance | |
|---|---|---|
| Jewelry as scheduled | $ 23,197 | |

**(SCHEDULE ATTACHED)**

| Forms, Options, and Endorsements | | |
|---|---|---|
| PERSONAL ARTICLES POLICY | FP-7940.2 | |
| INFLATION COVERAGE | OPTION I | |

**POLICY PREMIUM**     $     175.00

Discount Applied:     Home Alert

**NOTICE:** We have the option of repairing or replacing the lost or damaged property at our cost. If we agree to a cash settlement, we will pay you no more than our cost to replace the item.

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

Your policy consists of this page, any endorsements and the policy form. PLEASE KEEP THESE TOGETHER.

FP-7070.3C

0406   1 52  I
E 1S,A8     Prepared   MAR 12 2013     **JIMMY PODOLEY**
                                        202-546-2244
555-7020 c.1  (o1f0391c) Rev. 03-2002
39

**PERSONAL ARTICLES POLICY**

| Class of Property | Amount of Insurance | |
|---|---|---|
| | | |

| Forms, Options, and Endorsements | | |
|---|---|---|
| | | |

G-9149-F668    P  F
000210  0046
MASSENBURG, TONY A



**Named Insured**

Property Covered:   Jewelry
                    (Inflation Coverage Applies)

| Item Number | Description | Coverage Amount |
|---|---|---|
| 1 | GENTS 18K YELLOW GOLD STAINLESS STEEL THUNDERBIRD OYSTER PERPETUAL DATEJUST ROLEX WATCH (16263) WITH JUBILEE BRACELET. THE TURN-O-GRAPH BEZEL IS 18K YELLOW GOLD. THE DIAL IS CHAMPAGNE WITH 10 BRILLIANTS SET ON DIAL. | $ 10,286 |
| 2 | SINGLE 14K WG 4 PRONG BASKET STYLE EARRING CONTAINING 1 RBC DIAMONDS, H COLOR, SI2 CLARITY, APPROX. 1.50 CTS, GUZZETTA & CO, SACRAMENTO CA 3-9-04 | $ 12,911 |