**State Farm Fire and Casualty Company**

*1500 State Farm Blvd.*
*Charlottesville, VA 22909-0001*

**RENEWAL CERTIFICATE**   **EXHIBIT 4**

| | |
|---|---|
| **POLICY NUMBER** | 46-B3-C231-0 |

Personal Articles Policy
FEB 21 2015 to FEB 21 2016

THE POLICY PERIOD BEGINS AND ENDS AT 12:01 A.M. STANDARD TIME AT THE NAMED INSURED'S ADDRESS

| **DATE DUE** | **SEE BALANCE DUE NOTICE** |
|---|---|
| FEB 21 2015 | $81.00 |

```
    AT2                G-07- 9149-FB01    P      F
                000219   0001
MASSENBURG, TONY A
APT 629
8210 CRESTWOOD HEIGHTS DR
MCLEAN VA   22102-3150
```

**Coverages and Limits**

| Class of Property | Amount of Insurance |
|---|---|
| * Jewelry | $10,596 |

*Inflation coverage applies

Location:   Same as Mailing Address

**Forms, Options, and Endorsements**
Personal Articles Policy          FP-7940.2
Inflation Coverage                OPT  I
Loss Settlement Endorsement       **FE-3357

**Effective: FEB 21 2015

| | |
|---|---|
| **Annual Premium** | $81.00 |
| **Amount Due** | $81.00 |

**Premium Reductions**
   Home Alert Discount

Inflation Coverage Index:   238.3

NOTICE:  Information concerning changes in your policy language is included.   Please call your agent if you have any questions.

*Thanks for letting us serve you...*

0587    201B    I    **Agent** JIMMY PODOLEY
E  *  A8
010
       **Telephone** (202) 546-2244

*Moving? See your State Farm agent.*
*See reverse for important information.*
Prepared
REB        JAN 06 2015

```
EASTERN (07)              **** PDQ - PAP SCHEDULE SCREEN ****      QNB005V8
46B3C231 0 NAME                                                   CLASSES COVERED
                           [ MASSENBURG, TONY A ]
                               [ JEWELRY ]                              JEWELRY
EFFECTIVE 02-21-2015 PACE

          COVERAGE   LINE
  ITEM    AMOUNT     NO                      DESCRIPTION
  01001   10596      1    GENTS 18K YELLOW GOLD STAINLESS STEEL THUNDERBIRD
                     2    OYSTER PERPETUAL DATEJUST ROLEX WATCH (16263) WITH
                     3    JUBILEE BRACELET. THE TURN-O-GRAPH BEZEL IS 18K
                     4    YELLOW GOLD. THE DIAL IS CHAMPAGNE WITH 10 BRILLIANTS
                     5    SET ON DIAL.
                          CHANGED   02-21-2015           PACE INDEX 238.3
```