# EXHIBIT 5


**StateFarm**

RBZ000HY
State Farm Fire and Casualty Company
# Fire File History - File Notes

Route To: Kathy Miss

## BASIC CLAIM INFORMATION

**Claim Number:** 46-2Q42-405
**Date of Loss:** 03-23-2013
**Policy Number:** 46-B3-C231-0
**Named Insured:** MASSENBURG, TONY A

## FILE HISTORY

### File History - File Notes

| 08-07-2013 - 11:54 AM EDT | **Performer:** Parrish, Brenda | **Office:** MATLIOC |
|---|---|---|

**File Note:** Contact
**Participant:**       **COL / Line (Participant):** 46 / 001 ( Named Insured(s) )
**Category:** Contact     **Sub Category:**

Called Mervis and I/m ph chose to cash out on item #2-earring
Sent und review

| 08-07-2013 - 11:54 AM EDT | **Performer:** Parrish, Brenda | **Office:** MATLIOC |
|---|---|---|

**File Note:** Issued paymt to ph for cash out
**Participant:**       **COL / Line (Participant):** 46 / 001 ( Named Insured(s) )
**Category:** Payments     **Sub Category:**

Rec'd quote from Mervis, updated CI
Quote amt $8786.24, coverage lmt $12,911.00, no DED
Spoke to Mr ph and discussed quote, ph chose to cash out.
Issued draft in amt of $8786.24 to ph for item #2-earring, sent draft w/ltr & CI

| 08-01-2013 - 06:01 PM EDT | **Performer:** Parente, Richard J | **Office:** MATLIOC |
|---|---|---|

**File Note:** OAR-please contact insured to review JRQ and move
**Participant:**       **COL / Line (Participant):**
**Category:** Management     **Sub Category:**

OAR-please contact insured to review JRQ and move claim forward.  Send 45 day letter if file remains open.

| 07-20-2013 - 03:20 PM EDT | **Performer:** Hughes, Kelly | **Office:** MATLIOC |
|---|---|---|

**File Note:** ioc pending
**Participant:**       **COL / Line (Participant):**
**Category:** Pending     **Sub Category:**

>ph c/b rev jrq and conclude if he will repl or cash out. Note says cash out. Send u/w review as well.

| 07-20-2013 - 03:19 PM EDT | **Performer:** Hughes, Kelly | **Office:** MATLIOC |
|---|---|---|

**File Note:** Rev'd jrq for $8786.24
**Participant:** TONY A MASSENBURG     **COL / Line (Participant):**
**Category:** Contact     **Sub Category:**

Rev'd jrq for $8786.24 to replace single stud, rev'd quote is lkq. Called ph at 1178 and vm is not set up. Called 0772 and lm.

| 07-12-2013 - 02:47 PM EDT | **Performer:** Southern, Martha | **Office:** MATLIOC |
|---|---|---|

**File Note:** Pending
**Participant:** TONY A MASSENBURG     **COL / Line (Participant):** 46 / 001 ( Named Insured(s) )
**Category:** Pending     **Sub Category:**

Pending
* Quote from Mervis to replace item #2 one round brilliant cut diamond earring, 1.50 CT
* Coverage limit is $12,911.
* No deductible.

FOR INTERNAL STATE FARM USE ONLY
Contains CONFIDENTIAL information which may not be disclosed without express written authorization

FIRE                                    Claim Number: 46-2Q42-405                                    RBZ000HY

---

**07-12-2013 - 02:44 PM EDT**          **Performer:** Southern, Martha                  **Office:** MATLIOC
   **File Note:** JRQ sent to Mervis
   **Participant:**                                              **COL / Line (Participant):** 46 / 001 ( Named Insured(s) )
   **Category:** SFRP                                            **Sub Category:**
Received reassignment instructions: please send the jrq to: MERVIS DIAMOND CORP for item #2.

Created CI for item #2 one 14K WG 4 prong basket style earring w/ 1 RBC diamond, 1.50 CT.
No change in pace, no deductible.

Sent JRQ to Mervis in Vienna, VA.

**07-12-2013 - 12:29 PM EDT**          **Performer:** Routzahn, Allen                    **Office:** MATLIOC
   **File Note:** IOC Pending
   **Participant:**                                              **COL / Line (Participant):**
   **Category:** Pending                                         **Sub Category:**
JRQ

**07-12-2013 - 12:28 PM EDT**          **Performer:** Routzahn, Allen                    **Office:** MATLIOC
   **File Note:** ni fol
   **Participant:** TONY A MASSENBURG                            **COL / Line (Participant):**
   **Category:** Investigation, Contact                          **Sub Category:**
R/c from Mr. ni, he reviewed with me that about a year ago he went to a night club in Washington DC Called 1223, while he was there
the stud earring that he was wearing fell out of his ear. He did no relaize this until he left the club. He called the club and followed up but
they did not have the earring. I looked up the club online they are no longer in business. Ph is ex- professional basketball player.
Reviewed with ph about sfrs, he would like to have the quote go to the closest jeweler, he would like to take the cash out option for
settlement. Sending referral to ch.

Item #2 Limit $12911 no change in pace and no ded
**MERVIS DIAMOND CORP**

**07-12-2013 - 10:48 AM EDT**          **Performer:** Gambill, Jonathan                  **Office:** MATLIOC
   **File Note:** Call from fiance. Adv we need to s/w Mr. PH. She
   **Participant:** TONY A MASSENBURG                            **COL / Line (Participant):**
   **Category:** Contact                                         **Sub Category:**
Call from fiance. Adv we need to s/w Mr. PH. She will have him call in.

**07-10-2013 - 05:07 PM EDT**          **Performer:** White, Dawn                        **Office:** MATLIOC
   **File Note:** IOC Pending
   **Participant:**                                              **COL / Line (Participant):**
   **Category:** Pending                                         **Sub Category:**
• PH QFC

**07-10-2013 - 05:06 PM EDT**          **Performer:** White, Dawn                        **Office:** MATLIOC
   **File Note:** calendar review / called ph
   **Participant:**                                              **COL / Line (Participant):**
   **Category:** Contact                                         **Sub Category:**
Called PH Tony @1178 vm not set up yet
         @0772 lm
sent 45 day ltr

**07-08-2013 - 11:02 AM EDT**          **Performer:** Parente, Richard J                 **Office:** MATLIOC
   **File Note:** Please open COL.
   **Participant:**                                              **COL / Line (Participant):**
   **Category:** Management                                      **Sub Category:**
Please open COL.

**07-08-2013 - 11:02 AM EDT**          **Performer:** Parente, Richard J                 **Office:** MATLIOC
   **File Note:** OAR-please continue efforts to make first contact,
   **Participant:**                                              **COL / Line (Participant):**
   **Category:** Management                                      **Sub Category:**
OAR-please continue efforts to make first contact, follow up with 45 day letter.

---

Date: 09-17-2015                                                                                    Page 2

**FIRE**                              **Claim Number: 46-2Q42-405**                              **RBZ000HY**

06-07-2013 - 09:25 AM EDT          **Performer:** Cornejo, Sonia                    **Office:** MATLIOC
    **File Note:** IOC Pending - FCN
    **Participant:** TONY A MASSENBURG                    **COL / Line (Participant):**
    **Category:** Contact, Pending                                 **Sub Category:**
Called Ph at 240-401-1178 - VM has not been set up.
703-863-0772 - LMTCB
sending contact letter.

06-07-2013 - 08:02 AM CDT          **Performer:** System                           **Office:** System
    **File Note:** Remarks from Loss Report User
    **Participant:**                                              **COL / Line (Participant):**
    **Category:** New Claim                                    **Sub Category:**
Remarks from Agency

FOR INTERNAL STATE FARM USE ONLY
Contains CONFIDENTIAL information which may not be disclosed without express written authorization.